ACCEPTED
03-14-00605-CR
6981290
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/17/2015 4:44:49 PM
JEFFREY D. KYLE
CLERK

CAUSE No. 03-14-00605-CR

IN THE COURT OF APPEALS
FOR THE THIRD COURT OF APPEALS DISTRICT
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/17/2015 4:44:49 PM
JEFFREY D. KYLE
Clerk

HOWARD THOMAS DOUGLAS,
Appellant,

VS.

THE STATE OF TEXAS,
Appellee.

On appeal from Cause No. D-1-DC-12-900059, in the 331st Judicial District Court,
Travis County, Texas

## APPELLANT'S FIRST MOTION FOR
## EXTENSION OF TIME TO FILE REPLY BRIEF

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Appellant, Howard Thomas Douglas, and files this Motion for Extension of Time to File Appellant's Reply Brief, and in support thereof respectfully shows this Court the following:

**I.**

**APPELLANT SEEKS EXTENSION OF TIME TO FILE REPLY BRIEF**

1.      Appellant is appealing his conviction in the 331st Judicial District Court of Travis County, Texas, for the felony offense of securing execution of a document by deception.

APPELLANT'S FIRST MOTION TO EXTEND TIME TO FILE BRIEF                    PAGE 1

2.    **Appellant's Reply Brief is currently due to be filed on September 17, 2015.**

3.    Appellant requests additional time in which to prepare his Reply Brief because Appellant's counsel's attention has been devoted lately to several other matters: First, this Court issued its opinion in a similar case involving Appellant, Cause No. 03-13-00092-CR, on August 26, 2015, and Appellant's counsel herein – who also represents Appellant on the earlier matter – devoted time to preparing a Motion for Rehearing and Motion for Rehearing *En Banc* on that matter; Second, this Court's opinion in Cause No. 03-13-00092-CR is highly relevant to the briefing in this matter, and counsel needs additional time to further evaluate the Court's recent opinion and apply it to the facts of this case; and Third, Appellant's counsel is preparing for a civil trial in Cause No. 219-02268-2013, *Preston Summerside, L.P., v. Great Eats, LLC, et al.*, which is pending in the 219th Judicial District Court of Collin County, Texas, and which is set to go to trial on Monday, September 21, 2015.  As a result, Appellant's counsel has had to devote significant time recently to preparation for the trial on *Preston Summerside v. Great Eats*.

4.    Given the nature of the issues expected to be addressed in Appellant's Reply Brief, Appellant's counsel respectfully submits that justice would be better

served by allowing Appellant's counsel additional time in which to prepare Appellant's Reply Brief.

5. **Appellant respectfully moves this Court for an extension of eleven (11) days in which to file Appellant's Reply Brief.** *See* Tex. R. App. P. 10.5(b), 38.6(d). Such an extension would make Appellant's Reply Brief due on Monday, September 28, 2015.

## II.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant moves this Court to grant Appellant an extension of eleven (11) days in which to file Appellant's Reply Brief, making the Brief due on or before September 28, 2015. Appellant further seeks such other relief to which he may be entitled, at law or in equity.

Respectfully submitted,

/S/ Craig M. Price
Craig M. Price
State Bar No. 16284170
Hammerle Finley Law Firm
2871 Lake Vista Dr., Suite 150
Lewisville, Texas 75067
Tel: (972) 436-9300
Fax: (972) 436-9000
Attorney for Appellant

# CERTIFICATE OF SERVICE

This is to certify that on September 17, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Travis County, PO Box 1748, Austin, Texas 78767, by facsimile 512-854-9789.

/S/ Craig M. Price
Craig M. Price